UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAZMINE I. ROBERTS,

                    Plaintiff,

          -against-

MACEDONIA PLAZA DEVELOPMENT
LLC C/O GREEN CEDEAR
MANAGEMENT LLC; ROBERT
BETANCOURT; THOMAS UNKNOWN;
DIEGO,

                  Defendants.

24 **CIVIL** 4514 (LTS)

# CIVIL JUDGMENT

For the reasons stated in the December 2, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:    December 4, 2024
          New York, New York

                               /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                    Chief United States District Judge